# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1157
_____

BEALL'S, INC., and SEDGWICK CMS,

    Appellants,

    v.

LIBRADA ANTUNEZ,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Erik Baard Grindal, Judge.

Date of Accident: February 06, 2019.


June 19, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————

Warren K. Sponsler and Vanessa Johnson of Sponsler, Johnson & Andrews, P.A., Tampa, for Appellants.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.